AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| VICTOR HUGO CHAVEZ | CASE NUMBER: 08CR435-L |

I, __VICTOR HUGO CHAVEZ__, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __2/17/2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

**FILED**

FEB 19 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY