AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

MAR - 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| VICTOR HUGO CHAVEZ | CASE NUMBER: 08CR0435-L |

I, <u>VICTOR HUGO CHAVEZ</u>, the above named defendant, who is accused committing the following offense:

>   Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); ~~Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony);~~

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___3 | 6 | 08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER