FILED

MAR - 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR0435L |
|---|---|
| Plaintiff, | ) <u>I N F O R M A T I O N</u><br>) **(Superseding)** |
| v. | ) Title 8, U.S.C., Sec. 1325 - |
| VICTOR HUGO CHAVEZ, | ) Illegal Entry (Misdemeanor);<br>) Title 8, U.S.C., Sec. 1325 - |
| Defendant. | ) Illegal Entry (Felony); |

The United States Attorney charges:

<u>Count 1</u>

On or about ~~1996~~ June 2005, within the Southern District of California, defendant VICTOR HUGO CHAVEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

CPH:jam:Imperial
2/28/08

Count 2

On or about January 20, 2008, within the Southern District of California, defendant VICTOR HUGO CHAVEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: March 6, 2008.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney