1  **DIANE M. REGAN**
   California Bar No. 207027
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467
4  E-mail: Diane_Regan@fd.org

5  Attorneys for Mr. Chavez

           UNITED STATES DISTRICT COURT

           SOUTHERN DISTRICT OF CALIFORNIA

           **(HONORABLE M. JAMES LORENZ)**

| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR00435-L |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **JOINT MOTION TO CONTINUE** |
| VICTOR HUGO CHAVEZ, | ) | **SENTENCING HEARING DATE** |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES** that defendant Victor Hugo Chavez *Sentencing Hearing* date of Monday, April 7, 2008 at 2:00 p.m. be continued to Monday, April 14, 2008 at 2:00 p.m. The new date is confirmed to be acceptable with court staff.

**SO STIPULATED.**

Dated: March 26, 2008          */s/ Diane Regan*
                               **DIANE M. REGAN**
                               Federal Defenders of San Diego Inc.
                               Attorneys for Mr. Chavez

Dated: March 26, 2008          */s/ Caroline Han*
                               **CAROLINE HAN**
                               Assistant United States Attorney

H:\DIS\ATTORNEYS\DMR\JOINT MTN TO CONTINUE.WPD

1 | **CERTIFICATE OF SERVICE**

2 Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

3 her information and belief, and that a copy of the foregoing document has been served this day upon:

4 **Caroline Han**
Caroline.Han@usdoj.gov

5

6

7 Dated: March 26, 2008        /s/ Diane Regan
8        **DIANE M. REGAN**
       Federal Defenders of San Diego, Inc.
9        225 Broadway, Suite 900
       San Diego, CA 92101-5030
10        (619) 234-8467  (tel)
       (619) 687-2666  (fax)
11        E-mail: Diane_Regan@fd.org

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08CR00435-L