UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>VICTOR HUGO CHAVEZ,<br><br>        Defendant. | CASE NO.: 08CR00435-L<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the *Sentencing Hearing* date in this case be changed from Monday, April 7, 2008 at 2:00 p.m., to Monday, April 14, 2008 at 2:00 p.m., or such other time as convenient for the Court.

**IT IS SO ORDERED.**

DATED: March 27, 2008

_____
M. James Lorenz
United States District Court Judge

08CR00435-L